# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; AUTOZONERS, LLC, a Nevada limited liability corporation; AUTOZONE PARTS, INC., a Nevada corporation, and DOES 1-5, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 18cv1324-JAH<br><br>**ORDER REQUIRING STATUS UPDATE** |

　　　　On September 20, 2018 Defendants AutoZone, Inc., AutoZoners, LLC, and AutoZone Parts, Inc. ("Defendants") filed a Motion to Compel Arbitration and Stay Proceedings in this case. *See* Doc. No. 17. On January 4, 2019, this Court issued an Order Granting that Motion. *See* Doc. No. 23. Specifically, after Plaintiff Marvin Hernandez ("Plaintiff") failed to oppose the existence or merits of the two purported arbitration agreements, this Court found the agreements were "valid, irrevocable, and enforceable," and therefore binding on the parties. *See id.* at 3. Additionally, the Court took Judicial Notice of a complaint filed in *Alvarez v. Autozone, Inc.,* Case No. 5:14-cv-02471-VAP-SP. *Id.* at 3-4. Upon review, the Court found that Plaintiff's PAGA claim against Defendants

was substantially similar to claims raised in *Alvarez*, such that Plaintiff's PAGA claim was severed and stayed pursuant to the first-to-file rule. *Id.* at 4. Therefore, the Court ordered all proceedings in this case Stayed pending the outcome of the parties' arbitration and the resolution of *Alvarez*. *Id.*

On July 26, 2019, Defendants filed a Notice of Related Cases with this Court, highlighting an additional 10 cases which they purport also raise claims similar to Plaintiff's PAGA claim in the instant action. *See* Doc. NO. 24. It has now been over two years since this Court stayed proceedings in this case, and the parties have yet to move this Court for Dismissal or to have the Stay lifted with regard to the claims bound by arbitration agreements. Neither have the parties moved for Dismissal or to have the Stay lifted pursuant to the resolution of PAGA claims in any related cases. Therefore, the Court finds it appropriate to Order a status report disclosing the status of arbitration proceedings and the status of *Alvarez* or any other related cases effecting Plaintiff's PAGA claim in the instant action.

Accordingly, **IT IS HEREBY ORDERED** the parties shall file a Joint Status Report regarding the current status of arbitration proceedings and related cases within 30-days of receipt of this Order.

**IT IS SO ORDERED.**

DATED: May 14, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE